UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                                     )<br><br>(1)  Michael BOURQUE,          )<br>(2)  Robert HAGENAARS,       )<br>(3)  Brian CHISHOLM,           )<br>(4)  Barry GOOLST,              )<br>(5)  Phillip GOOLST,            )<br>(6)  Thomas EHWA,              )<br>(7)  Frank MCGUIRE,           )<br>(8)  Michael ROY,               )<br>(9)  Christopher YANCEY,      )<br>(10) Corey ASSENCOA,          )<br>(11) Sean COTTER,              )<br>(12) Mark NEWTON,             )<br>(13) Mark OUELLETTE,          )<br>(14) John KINNEY, and         )<br>(15) Raymond PANAGGIO,       )<br>                                   )<br>              Defendants.      ) | Case No. 13-MJ-2185-MBB<br><br>**Filed Under Seal** |

*May 8, 2013. Allowed.*
*Marianne B. Bowler USMJ*

### GOVERNMENT'S MOTION TO SEAL
### CRIMINAL COMPLAINT AND RELATED PAPERWORK

The government hereby respectfully moves the Court to seal the complaint, supporting

affidavit, this motion and the Court's order on this motion, and any other paperwork related to this

matter, including any related search warrant, search warrant application, and associated paperwork,

until further order of this Court.  As grounds for this motion, the government states that public

disclosure of these materials might jeopardize the government's ability to arrest the above-named

defendants, who all remain at large.

-1-

The government further moves pursuant to General Order 06-05 that the government be provided copies of all sealed documents which the government has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:      *Michael Yoon*

Michael I. Yoon
Assistant U.S. Attorney

Date: May 8, 2013