UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) Michael BOURQUE,<br>(2) Robert HAGENAARS,<br>(3) Brian CHISHOLM,<br>(4) Barry GOOLST,<br>(5) Phillip GOOLST,<br>(6) Thomas EHWA,<br>(7) Frank MCGUIRE,<br>(8) Michael ROY,<br>(9) Christopher YANCEY,<br>(10) Corey ASSENCOA,<br>(11) Sean COTTER,<br>(12) Mark NEWTON,<br>(13) Mark OUELLETTE,<br>(14) John KINNEY, and<br>(15) Raymond PANAGGIO. | M.J./Court No. 13-MJ-2185-MBB<br><br>UNDER SEAL |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the criminal complaint and supporting affidavit, but in redacted form.

As grounds to keep the redacted portions of the affidavit sealed by the Court, the government submits that the redacted portions (A) identify unindicted co-conspirators, which are required to be sealed MA Local Rules 116.1(C)(e) and 7.2, and (B) identify those who may be cooperating with the government.

A redacted version of the affidavit which may be posted on PACER is attached.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: *Michael I. Yoon*
Michael I. Yoon
Assistant U.S. Attorney

Dated: May 9, 2013