UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. __13Cr 1016__ |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| 1.  Michael BOURQUE, | ) | 21 U.S.C. § 846 - |
| 2.  Robert HAGENAARS, | ) | Conspiracy to Possess with Intent to |
| 3.  Brian CHISHOLM, | ) | Distribute and to Distribute Oxycodone |
| 4.  Phillip GOOLST, | ) | |
| 5.  Thomas EHWA, | ) | 21 U.S.C. § 853 - |
| 6.  Frank MCGUIRE, | ) | Criminal Forfeiture |
| 7.  Michael ROY, | ) | |
| 8.  Christopher YANCEY, | ) | |
| 9.  Corey ASSENCOA, | ) | |
| 10. Sean COTTER, | ) | |
| 11. Mark NEWTON, | ) | |
| 12. Mark OUELLETTE, | ) | |
| 13. John KINNEY, | ) | |
| 14. Raymond PANAGGIO, and | ) | |
| 15. David AKASA, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

COUNT ONE:          (Title 21, United States Code, Section 846 – Conspiracy to Possess
                            With Intent to Distribute and to Distribute Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from no later than in or about November

2012 and continuing until at least in or about May 2013, at Natick, Waltham, Newton, Shirley,

and elsewhere in the District of Massachusetts and elsewhere,

1.  Michael BOURQUE,
2.  Robert HAGENAARS,
3.  Brian CHISHOLM,
4.  Phillip GOOLST,
5.  Thomas EHWA,
6.  Frank MCGUIRE,
7.  Michael ROY,
8.  Christopher YANCEY,
9.  Corey ASSENCOA,
10. Sean COTTER,
11. Mark NEWTON,
12. Mark OUELLETTE,
13. John KINNEY,
14. Raymond PANAGGIO, and
15. David AKASA,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree,

with each other and with other persons known and unknown to the Grand Jury, to possess with

intent to distribute, and to distribute, Oxycodone, a Schedule II controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION:
### (Title 21, United States Code, Section 853)

The Grand Jury further charges that:

1.    Upon conviction of the offense alleged in Count One of this Indictment:

1. **Michael BOURQUE,**
2. **Robert HAGENAARS,**
3. **Brian CHISHOLM,**
4. **Phillip GOOLST,**
5. **Thomas EHWA,**
6. **Frank MCGUIRE,**
7. **Michael ROY,**
8. **Christopher YANCEY,**
9. **Corey ASSENCOA,**
10. **Sean COTTER,**
11. **Mark NEWTON,**
12. **Mark OUELLETTE,**
13. **John KINNEY,**
14. **Raymond PANAGGIO, and**
15. **David AKASA,**

defendants herein, shall forfeit to the United States, jointly and severally, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.    If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the property described

in subparagraphs (a) through (e) of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MICHAEL I. YOON
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; May 30, 2013.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

3:50 p.

4