JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II          **Investigating Agency** DEA |

**City** Natick

**Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant    X    New Defendant _____
Magistrate Judge Case Number    13-MJ-2185-MBB
Search Warrant Case Number    See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Bourque            Juvenile:        ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

**Alias Name** "Mike"

**Address** _____ (City & State) Natick, MA _____ ☐

Birth date (Yr only): 1970 SSN (last4#): 0675 Sex M    Race: Caucasian    Nationality: U.S.

**Defense Counsel if known:**    William Connolly        Address 20 Park Plaza

**Bar Number**    634501                    Suite 1000

                                Boston MA 02116

**U.S. Attorney Information:**

**AUSA** Michael I. Yoon                Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

    ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**    May 9, 2013

☑ Already in Federal Custody as of    May 9, 2013    in    Wyatt Detention Facility    .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 30, 2013        Signature of AUSA: _Michael J. Yoon_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Bourque _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II            **Investigating Agency**  DEA

**City**  Waltham              **Related Case Information:**

**County**  Middlesex          Superseding Ind./ Inf. _____    Case No. _____
                               Same Defendant      x        New Defendant _____
                               Magistrate Judge Case Number    13-MJ-2185-MBB
                               Search Warrant Case Number      See Attachment
                               R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Robert Hagenaars              Juvenile:    ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

**Alias Name** _____

**Address**         (City & State)  Waltham, MA                                    ☐

**Birth date (Yr only):** 1975  **SSN (last 4#):** 6461  **Sex** M  **Race:** Caucasian  **Nationality:** U.S.

**Defense Counsel if known:**  John Swomley          Address  Swomley & Tennen, LLP

**Bar Number**  551450                              227 Lewis Wharf

**U.S. Attorney Information:**                       Boston, MA 02110-3927

**AUSA**  Michael I. Yoon              Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

        ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  May 9, 2013

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  Hon. Judge Marianne B. Bowler  on  May 10, 2013

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  May 30, 2013        Signature of AUSA:  Michael D. Yoon

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Robert Hagenaars

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Newton

**County** Middlesex          **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant   X          New Defendant _____
Magistrate Judge Case Number   13-MJ-2185-MBB
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Brian Chisholm          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address          (City & State) **Newton, MA**                    ⊞

Birth date (Yr only): 1969   SSN (last4#): 1838   Sex M   Race: Caucasian   Nationality: U.S.

**Defense Counsel if known:**   John Palmer          Address Seven Faneuil Hall Marketplace

**Bar Number**   387980                    North Building, 3rd Floor

**U.S. Attorney Information:**                    Boston, MA 02109

**AUSA**   Michael I. Yoon          Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☑ Already in Federal Custody as of   May 9, 2013   in   Wyatt Detention Facility .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: May 30, 2013          Signature of AUSA:   Michael J. Yoon

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Brian Chisholm

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Waltham

**Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   13-MJ-2185-MBB
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Phillip Goolst   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address** (City & State) Waltham, MA

**Birth date (Yr only):** 1963 **SSN (last4#):** 3124 **Sex** M **Race:** Caucasian **Nationality:** U.S.

**Defense Counsel if known:** Derege Demissie   **Address** 929 Massachusetts Avenue

**Bar Number** 637544   Suite 01

Cambridge, MA 02139

**U.S. Attorney Information:**

**AUSA** Michael I. Yoon   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** May 9, 2013

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Hon. Judge Marianne B. Bowler   on May 10, 2013

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** May 30, 2013   Signature of AUSA: _Michael J. Yo-_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Phillip Goolst

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Waltham                 **Related Case Information:**

**County** Middlesex             Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant   x       New Defendant _____
                                 Magistrate Judge Case Number   13-MJ-2185-MBB
                                 Search Warrant Case Number   See Attachment
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Thomas Ehwa                     Juvenile:   ☐ Yes ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address          (City & State) Waltham, MA                                        ⊞

Birth date (Yr only): 1987   SSN (last4#): 3926   Sex M   Race: Caucasian   Nationality: U.S.

**Defense Counsel if known:**   William Korman          Address 92 State Street

**Bar Number**   632228                                 8th Floor

**U.S. Attorney Information:**                           Boston, MA 02109

**AUSA**   Michael I. Yoon                 Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Hon. Judge Marianne B. Bowler   on   May 10, 2013

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: May 30, 2013          Signature of AUSA:   Michael D. Yon

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Thomas Ehwa

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**   Natick

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number          13-MJ-2185-MBB
Search Warrant Case Number          See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Frank McGuire          Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address          (City & State)   Natick, MA          ☐

Birth date (Yr only): 1970   SSN (last4#): 5307   Sex M   Race: Caucasian   Nationality: U.S.

**Defense Counsel if known:**   E. Peter Parker          Address   151 Merrimac Street

**Bar Number**   552720                              Boston, MA 02114

**U.S. Attorney Information:**

**AUSA**   Michael I. Yoon          Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☑ Already in Federal Custody as of          May 9, 2013          in   Wyatt Detention Facility   .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: May 30, 2013          Signature of AUSA: Michael J. Yoon

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Frank McGuire

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Milford

**County** Middlesex     **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant   x      New Defendant _____
Magistrate Judge Case Number   13-MJ-2185-MBB
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Roy     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name**

**Address**   (City & State) Milford, MA     ➕

**Birth date (Yr only):** 1980 **SSN (last4#):** UNK **Sex** M **Race:** UNK **Nationality:** U.S.

**Defense Counsel if known:** Leslie Feldman-Rumpler    Address 101 Tremont Street

**Bar Number** 555792     Suite 708

Boston, MA 02108

**U.S. Attorney Information:**

**AUSA** Michael I. Yoon     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** May 9, 2013

☑ Already in Federal Custody as of   May 9, 2013   in   Wyatt Detention Facility .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 30, 2013     Signature of AUSA: Michael I Yoon

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Michael Roy    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. II   Investigating Agency   DEA

**City**   Natick

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   13-MJ-2185-MBB
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Christopher Yancey   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)   Natick, MA   ⊞

Birth date (Yr only): 1971   SSN (last4#): 7010   Sex M   Race: Black   Nationality: U.S.

**Defense Counsel if known:**   Robert Griffin   Address   Dhar Law LLP

**Bar Number**   553893   1600 Providence Highway

Walpole, MA 02110

**U.S. Attorney Information:**

**AUSA**   Michael I. Yoon   Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Hon. Judge Marianne B. Bowler   on   May 9, 2013

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 30, 2013   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Christopher Yancey

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**　　　**Category No.** II　　　**Investigating Agency** DEA

**City** Hopkinton

**Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____　Case No. _____
Same Defendant ___X___　New Defendant _____
Magistrate Judge Case Number　13-MJ-2185-MBB
Search Warrant Case Number　See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Corey Assencoa　　　Juvenile:　☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes ☑ No

**Alias Name**

**Address**　(City & State) Hopkinton, MA　　　➕

Birth date (Yr only): 1969　SSN (last4#): 6305　Sex M　Race: Caucasian　Nationality: U.S.

**Defense Counsel if known:** James H. Budreau　　**Address** 20 PARK PLAZA

**Bar Number** 553391　　　　　SUITE 1405

**U.S. Attorney Information:**　　　　BOSTON, MA 02116

**AUSA** Michael I. Yoon　　**Bar Number if applicable** _____

**Interpreter:**　☐ Yes ☑ No　　List language and/or dialect: _____

**Victims:**　☐ Yes ☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☐ Yes ☐ No

**Matter to be SEALED:**　☐ Yes ☑ No

☐ Warrant Requested　　☑ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** May 9, 2013

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:　Ordered by: Hon. Judge Marianne B. Bowler　on 5/14/2013

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 30, 2013　　Signature of AUSA: Michael J Yoon

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Corey Assencoa

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

◥JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No. __II__        Investigating Agency __DEA__

**City** __Acton__                **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant __X__        New Defendant _____
Magistrate Judge Case Number __13-MJ-2185-MBB__
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sean Cotter__                Juvenile:        ☐ Yes ☑ No

                Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Acton MA__        ☐

Birth date (Yr only): __1972__  SSN (last4#): __6222__  Sex __M__        Race: __Caucasian__        Nationality: __U.S.__

**Defense Counsel if known:** __Liam D. Scully__        Address __101 Summer Street__

**Bar Number** __639234__                        __Fourth Floor__

                                __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA** __Michael I. Yoon__                Bar Number if applicable _____

**Interpreter:**        ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:**        ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)        ☐ Yes ☐ No

**Matter to be SEALED:**        ☐ Yes ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** __May 9, 2013__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __Hon. Judge Marianne B. Bowler__ on __May 20, 2013__

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: __May 30, 2013__        Signature of AUSA: _Michael J. Yoon_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Sean Cotter

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Hudson

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant      x            New Defendant _____
Magistrate Judge Case Number    13-MJ-2185-MBB
Search Warrant Case Number    See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Mark Newton          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) Hudson, MA                                   ☐

Birth date (Yr only): 1986  SSN (last4#): 7346  Sex M  Race: Caucasian  Nationality: U.S.

**Defense Counsel if known:**  David Apfel          Address Goodwin Procter, LLP

**Bar Number**  551139                    Exchange Place, 53 State Street

                                          Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**  Michael I. Yoon          Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  May 9, 2013

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by:  Hon. Judge Marianne B. Bowler  on  May 10, 2013

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 30, 2013          Signature of AUSA:  Michael J. Yon /p

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Mark Newton   _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Shirley          **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant          x          New Defendant _____
Magistrate Judge Case Number          13-MJ-2185-MBB
Search Warrant Case Number          See Attachment
R 20/R 40 from District of          _____

**Defendant Information:**

**Defendant Name** Mark Ouellette          Juvenile:          ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

**Alias Name**

**Address**          (City & State) Shirley, MA          ⊞

Birth date (Yr only): 1970  SSN (last4#): 6434  Sex M          Race: Caucasian          Nationality: U.S.

**Defense Counsel if known:**          John Dombrowski          Address Dombrowski, Aveni & Bunnell

**Bar Number** 557274                                   6 Grove Avenue

                                                       Leominster, MA

**U.S. Attorney Information:**

**AUSA** Michael I. Yoon          Bar Number if applicable          _____

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect:          _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** May 9, 2013

☑ Already in Federal Custody as of          May 9, 2013          in   Essex County Correctional Facility .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: May 30, 2013          Signature of AUSA: _Michael J. Yn_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Mark Ouellette

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Woburn                    **Related Case Information:**

**County** Middlesex               Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant          x          New Defendant _____
                                   Magistrate Judge Case Number        13-MJ-2185-MBB
                                   Search Warrant Case Number           See Attachment
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   John Kinney                              Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State)  Woburn, MA                                              ⊞

Birth date (Yr only): 1983  SSN (last4#): 3208  Sex M    Race: Caucasian   Nationality: U.S.

**Defense Counsel if known:**  Paul Garrity          Address  14 Londonderry Road

**Bar Number**   555976                                      Londonderry, NH 03053

**U.S. Attorney Information:**

**AUSA**   Michael I. Yoon                    Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

        ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☑ Already in Federal Custody as of   May 9, 2013   in   Plymouth County Correctional Facility .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  May 30, 2013          Signature of AUSA:  Michael J. Yoon/JE

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Kinney _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No.   II   **Investigating Agency**   DEA

**City**   Newton

**Related Case Information:**

**County**   Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   x   New Defendant _____
Magistrate Judge Case Number   13-MJ-2185-MBB
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Raymond Panaggio   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address   (City & State)   Newton, MA   ⊞

Birth date (Yr only): 1968   SSN (last 4#): 5236   Sex M   Race: Caucasian   Nationality: U.S.

**Defense Counsel if known:**   Devin McBride   Address   One International Place

**Bar Number** _____   Suite 1820

Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Michael I. Yoon   Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   May 9, 2013

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Hon. Judge Marianna B. Bowler   on   May 9, 2013

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   May 30, 2013   Signature of AUSA:   _Michael D. Yoon_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Raymond Panaggio

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

cr.js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB

◥JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ll          **Investigating Agency** DEA

**City** Framingham          **Related Case Information:**

**County** Middlesex          Superseding Ind./ Inf. _____ Case No. _____
                             Same Defendant _____ New Defendant ___x___
                             Magistrate Judge Case Number   13-MJ-2185-MBB
                             Search Warrant Case Number   See Attachment
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   David Akasa          Juvenile:          ☐ Yes ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address          (City & State)  Framingham, MA          ⊞

Birth date (Yr only): 1988  SSN (last4#): 9863  Sex M          Race: Black          Nationality: U.S.

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Michael I. Yoon          Bar Number if applicable

**Interpreter:**     ☐ Yes ☑ No          List language and/or dialect:

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes ☐ No

**Matter to be SEALED:**     ☐ Yes ☑ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  Framingham District Court   on  May 10, 2013

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: May 30, 2013          Signature of AUSA:  *Michael I. Yoon*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   David Akasa   _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr.js-45-MA2011.wpd - 3/25/2011

**Attachment**

Search Warrant Case Numbers:

12-MJ-2195-MBB
13-MJ-2009-MBB
13-MJ-2186-MBB
13-MJ-2187-MBB
13-MJ-2188-MBB
13-MJ-2189-MBB
13-MJ-2190-MBB
13-MJ-2191-MBB