UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No. 13 CR 10164-WGY |
| | ) | |
| FRANK MCGUIRE | ) | |

**MOTION TO CONTINUE DETENTION HEARING**

Defendant Frank McGuire hereby moves to continue the detention hearing scheduled for June 27, 2013. As grounds for this motion, Mr. McGuire states that he previously had consented to voluntary detention without prejudice. Mr. McGuire requested that the court schedule a hearing for June 27 in anticipation of securing a place to live if released. Mr. McGuire needs more time to do so.

FRANK MCGUIRE
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
151 Merrimac Street
Boston, MA 02114
(617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2013.

/s/ *E. Peter Parker*
E. Peter Parker