UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Criminal Action
                                                No: **13-cr-10164-WGY**

**UNITED STATES**
Plaintiff

v.

**BOURQUE et al**
Defendant

**SCHEDULING ORDER**

**YOUNG, D.J.**

    An initial status conference in accordance with LR 116.5 was held on 7/18/2013.

    Any substantive motions are to be filed by 11/12/2013.  See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before 11/26/2013.  See LR 116.3(l).

    A Final Pretrial Conference will be held on 12/12/2013 at 2:00 PM.

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 12/12/2013.

    A tentative trial date has been set for 1/13/2014 at 9:00 AM.

    The time between arraignment and trial (1/13/2014) is excluded with the agreement of the defendant in the interest of justice as stated on the record.

                                                By the Court,

                                              /s/ Jennifer Gaudet
                                              Deputy Clerk

**July 25, 2013**