AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MICHAEL BOURQUE | Case Number: 13-CR-10164-WGY |

| PRESIDING JUDGE<br>Judge Bowler | PLAINTIFF'S ATTORNEY<br>M. Yoon | DEFENDANT'S ATTORNEY<br>W. Connolly |
|---|---|---|
| TRIAL DATE(S)<br>8/19/2013 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>B. Garvin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/19/2013 | | | Government calls Joseph Connors |
| 1 | | 8/19/2013 | x | x | Affidavit in support of criminal complaint of Matthew Gutwill |
| 2 | | 8/19/2013 | x | x | Criminal linesheet dated 3/29/13 re: conversation between Bourque and Cotter |
| 3 | | 8/19/2013 | x | x | Criminal linesheet dated 4/21/13 |
| 4 | | 8/19/2013 | x | x | Criminal linesheet dated 5/6/13 - 5/8/13 |
| 5 | | 8/19/2013 | x | x | Criminal linesheet dated 5/6/13 - 5/8/13 |
| 6 | | 8/19/2013 | x | x | Criminal linesheet dated 5/6/13 - 5/8/13 |
| 7 | | 8/19/2013 | x | x | Criminal linesheet dated 5/6/13 - 5/8/13 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages